464 A.2d 523

Commonwealth ex rel. Carr v. Carr.

Appeal of Thomas Carr.

Argued May 18, 1983. Robert Samuel McMichael, submitted a brief on behalf of appellant; Stuart B. Suss, Assistant District Attorney, for Commonwealth, participating party.

Before HESTER, BROSKY and BECK, JJ.

Order affirmed.